NUMBER 13-02-661-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
FAE ITALIA, S.R.1,                                                           Appellant,

v.

ALAMO GROUP, INC., ALAMO GROUP (TX), 
AND ALAMO SALES CORPORATION,                                 Appellees.
____________________________________________________________________

On appeal from the 343rd District Court
of Bee County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Castillo
Opinion Per Curiam

         Appellant, FAE ITALIA, S.R.1, perfected an appeal from a judgment entered by
the 343rd District Court of Bee County, Texas, in cause number B-97-1379-0-CV-C. 
After the record and briefs were filed and after the cause was submitted to the Court,
the parties filed a joint motion to dismiss the appeal. In the motion, the parties state
that after the date of oral argument, appellant and appellees reached a settlement of
this matter. The parties request that this Court dismiss the appeal.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 11th day of March, 2004.